AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Tatyana CHAYKA
A78 522 150

V.

Michael CHERTOFF, Mary Ann GANTER, Emilio GONZALEZ

**SUMMONS IN A CIVIL ACTION**

JUDGE KAPLAN

CASE NUMBER: 08 CV 2492

TO: (Name and address of Defendant)

Michael Chertoff
Office of General Counsel
United States Department of Homeland Security
Washington, DC 20258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander J. Segal, Esq.
The Law Offices of Grinberg & Segal, PLLC
111 Broadway, Suite 1306
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK                                    DATE    MAR 1 2 2008

*Jessica Doss*

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Tatyana CHAYKA
A78 522 150

V.

Michael CHERTOFF, Mary Ann GANTER, Emilio GONZALEZ

**SUMMONS IN A CIVIL ACTION**

JUDGE KAPLAN

CASE NUMBER:

**08 CV 2492**

TO: (Name and address of Defendant)

Mary Ann Ganter, District Director of New York Office
U.S. Citizenship and Immigration Services
26 Federal Plaza
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander J. Segal, Esq.
The Law Offices of Grinberg & Segal, PLLC
111 Broadway, Suite 1306
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 2 2008

CLERK

*Jessica Doss* (signature)

(By) DEPUTY CLERK                      DATE

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Tatyana CHAYKA
A78 522 150

**SUMMONS IN A CIVIL ACTION**

V.

Michael CHERTOFF, Mary Ann GANTER, Emilio GONZALEZ

CASE NUMBER:

**08 CV 2492**

**JUDGE KAPLAN**

TO: (Name and address of Defendant)

Emilio T. GONZALEZ
Director of U.S. Citizenship and Immigration Services
Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander J. Segal, Esq.
The Law Offices of Grinberg & Segal, PLLC
111 Broadway, Suite 1306
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON        MAR 1 2 2008

CLERK                     DATE

*Jessica Doss*
(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Tracking #: 7002 2410 0001 4485 7580

Sent To: U.S. Attorney Office
Street, Apt. No.; or PO Box No.: 86 Chambers Street
City, State, ZIP+4: New York NY 10006

PS Form 3800, June 2002          See Reverse for Instructions


**UNITED STATES POSTAL SERVICE**

Home | Help | Sign In

Track & Confirm | FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2410 0001 6685 7580**
Status: **Delivered**

Your item was delivered at 11:23 AM on March 14, 2008 in NEW YORK, NY 10007.

**Track & Confirm**
Enter Label/Receipt Number.

Go >

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. Go >

Site Map | Contact Us | Forms | Gov't Services | Jobs | Privacy Policy | Terms of Use | National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.   No FEAR Act EEO Data   FOIA