AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern       District of       New York

Tatyana CHAYKA
A78 522 150

**SUMMONS IN A CIVIL ACTION**

V.

Michael CHERTOFF, Mary Ann GANTER, Emilio GONZALEZ

JUDGE KAPLAN

CASE NUMBER:

08 CV 2492

TO: (Name and address of Defendant)

Michael Chertoff
Office of General Counsel
United States Department of Homeland Security
Washington, DC 20258

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander J. Segal, Esq.
The Law Offices of Grinberg & Segal, PLLC
111 Broadway, Suite 1306
New York, NY 10006

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                                    MAR 1 2 2008

CLERK                                                 DATE

*Jessica Doss*

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: Michael Chertoff
Street, Apt. No.; or PO Box No.: USDHS
City, State, ZIP+4: Washington DC 20258

7002 2410 0001 6685 7597

PS Form 3800, June 2002        See Reverse for Instructions



Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2410 0001 6685 7597**
Status: **Delivered**

Your item was delivered at 7:45 AM on March 17, 2008 in WASHINGTON, DC 20528.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. ( Go > )

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

⌬AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE | 3/13/2008 |
| NAME OF SERVER *(PRINT)* <br> Alexander J. Segal | TITLE <br> Attorney | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
    Served pursuant to Fed. Rule Civ. Pro. Rule 4(i)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/17/2008      *[signature]*
             Date            *Signature of Server*

            111 Broadway, Suite 1306, New York, NY 10006
                    *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.