AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

Tatyana CHAYKA
A78 522 150

**SUMMONS IN A CIVIL ACTION**

V.

Michael CHERTOFF, Mary Ann GANTER, Emilio GONZALEZ

JUDGE KAPLAN

CASE NUMBER:

**08 CV 2492**

TO: (Name and address of Defendant)

Mary Ann Ganter, District Director of New York Office
U.S. Citizenship and Immigration Services
26 Federal Plaza
New York, NY 10278

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Alexander J. Segal, Esq.
The Law Offices of Grinberg & Segal, PLLC
111 Broadway, Suite 1306
New York, NY 10006

an answer to the complaint which is served on you with this summons, within ____60____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

MAR 1 2 2008

CLERK                                    DATE

Jessica Doss

(By) DEPUTY CLERK

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ | |
|---|---|---|
| Certified Fee | | Postmark Here |
| Return Reciept Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |
| Total Postage & Fees | $ | |

Sent To: Mary Ann Center
Street, Apt. No.; or PO Box No.: USCIS, 26 F. P
City, State, ZIP+4: New York NY 10006

PS Form 3800, June 2002          See Reverse for Instructions

7603 4485 0000 0440 2002



Home | Help | Sign In

Track & Confirm     FAQs

# Track & Confirm

## Search Results

Label/Receipt Number: **7002 2410 0001 6685 7603**
Status: **Delivered**

Your item was delivered at 11:47 AM on March 14, 2008 in NEW YORK, NY 10278.

(Additional Details >)  (Return to USPS.com Home >)

### Track & Confirm
Enter Label/Receipt Number.

(Go >)

## Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email. (Go >)

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

**Copyright© 1999-2007 USPS. All Rights Reserved.**    No FEAR Act EEO Data    FOIA

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 3/13/2008 |
| NAME OF SERVER *(PRINT)* Alexander J. Segal | TITLE Attorney |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other (specify):
   Served pursuant to Fed. Rule Civ. Pro. Rule 4(i)

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL $0.00 | SERVICES $0.00 | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    3/17/2008
                   Date                            *Signature of Server*

                                                   111 Broadway, Suite 1306, New York, NY 10006
                                                   *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.