UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
TATYANA CHAYKA,

                Plaintiff,                        **ECF CASE**

     v.

                                              08 Civ. 2492 (LAK)

MICHAEL CHERTOFF, et al.,

                Defendants.                 <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:    Clerk of Court
         United States District Court
         Southern District of New York

       The undersigned attorney respectfully requests the Clerk to note his appearance in this case and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
         March 28, 2008

                                                Respectfully submitted,

                                               MICHAEL J. GARCIA
                                               United States Attorney for the
                                               Southern District of New York

                                By:    /s/                            
                                             SHANE P. CARGO
                                             Assistant United States Attorney
                                             86 Chambers Street, 3rd Floor
                                             New York, New York 10007
                                             Telephone: (212) 637-2711
                                             Facsimile: (212) 637-2786
                                             Email: shane.cargo@usdoj.gov

TO:    Alexander J. Segal, Esq.
         Grinberg & Segal, PLLC
         111 Broadway, Suite 1306
         New York, NY 10006