UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
TATYANA CHAYKA

                Plaintiff,

          -against-                              08 CIVIL 2492 (LAK)

MICHAEL CHERTOFF, et al.
                Defendant.
-----------------------------------------------------------------x

## NOTICE OF CHANGE OF ADDRESS

To: Attorney Admission Clerk and All Other Parties

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change(s) for: __SHANE PATRICK CARGO__

☐ **Attorney**

    ☐ I am a U.S.D.C., Southern District of New York attorney. My Bar Number is: _____

    ☐ I am a Pro Hac Vice attorney

    ☐ I am a Government Agency attorney

☒ **Law Firm/Government Agency Association**

    From: __SALANS__

    To: __U.S. ATTORNEY'S OFFICE, SDNY__

    ☒ I will continue to be counsel of record on the above-entitled case at my new firm/agency.

    ☐ I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

☒ **Address:** __86 CHAMBERS STREET, 3rd FLOOR, NEW YORK, NY 10007__

☒ **Telephone Number:** __212-637-2711__

☒ **Fax Number:** __212-637-2786__

☐ **E-Mail Address:** _____

Dated: __5/9/08__   _[signature]_