

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TATYANA CHAYKA,

               Petitioner,

- against -

SECRETARY MICHAEL CHERTOFF, et al.,

               Respondents.

No. 08 Civ. 02492 (LAK)

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for respondents to answer, move, or otherwise respond to the above-captioned petition is hereby adjourned to June 18, 2008.

New York, New York
May 12, 2008

GRINBERG & SEGAL
Attorney for Petitioner

_(signature)_

Alexander J. Segal, Esq.
111 Broadway, Suite 1306
New York, New York 10006
Tel.  (212) 202-0342
Fax1 (212) 964-0440
Fax2 (718) 228-9601

New York, New York
May 13, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_(signature)_

Shane Cargo, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2711
Fax  (212) 637-2786

SO ORDERED:

_(signature)_

Hon. Lewis A. Kaplan
United States District Judge

5/15/08