

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TATYANA CHAYKA,

              Petitioner,

- against -

SECRETARY MICHAEL CHERTOFF, et al.,

              Respondents.

08 CV 2492

No. 08 Civ. 02492 (LAK)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/19/08

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for respondents to answer, move, or otherwise respond to the above-captioned petition is hereby adjourned to September 19, 2008.

New York, New York
August 18, 2008

GRINBERG & SEGAL, PLLC
Attorney for Petitioner

_____
Alexander J. Segal, Esq.
111 Broadway, Suite 1306
New York, New York 10006
Tel.  (212) 202-0342
Fax1 (212) 964-0440
Fax2 (718) 228-9601

New York, New York
August 18, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondents

_____
Shane Cargo, Esq. / LB
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel.  (212) 637-2711
Fax  (212) 637-2786

SO ORDERED:

_____  — Part I
Hon. ~~Lewis A. Kaplan~~ Paul A. Crotty
United States District Judge

— page 1 of 1 —

A78-522-150

TOTAL P.02